1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8                        WESTERN DIVISION

9

10   ANTHONY M. DEVAUGHN,              )   Case No. CV 08-7933-ABC (FFM)
                                       )
11                Petitioner,          )
         v.                            )   JUDGMENT
12                                     )
     STEVE COOLEY DISTRICT             )
13   ATTORNEY, COUNTY OF LOS           )
     ANGELES,                          )
14                Respondents.         )
                                       )
15   ──────────────────────────────── )

16       Pursuant to the Order Summarily Dismissing Action,

17       IT IS ADJUDGED that the Petition is dismissed without prejudice.

18

19   DATED:      December 22, 2008

20                                          *signature*

21                                      _____

22                                          AUDREY B. COLLINS
                                        United States District Judge

23

24

25

26

27

28